AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___C.D. of CA___ on the following [X] Patents or Trademarks:

| DOCKET NO.<br>CV07-03658 MRP (PLAx) | DATE FILED<br>June 6, 2007 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>AVENTIS PHARMA S.A. and<br>AVENTIS PHARMACEUTICALS INC. | | DEFENDANT<br>SANDOZ INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | RE 38,743 | June 14, 2005 | AVENTIS PHARMA S.A. and<br>AVENTIS PHARMACEUTICALS INC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| CIVIL MINUTES OF 5/15/2009, CLOSING CASE. |

| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>G. KAMI | DATE<br>5/18/2009 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO-120